# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

RAY NELSON, SR., )
)
   Plaintiff, )
)
v. ) Case No. CV410-024
)
DET. T.K. GRIFFIN OF FULTON )
COUNTY, and FULTON COUNTY, )
)
   Defendants. )

## REPORT AND RECOMMENDATION

Civil rights plaintiff Ray Nelson has submitted for filing a complaint concerning allegations of government misconduct arising in Fulton County, Georgia. (Doc. 1.) Since his claim arises from events occurring in the Atlanta area, and since the defendants are located there, the proper forum for the action is in the Northern District of Georgia, Atlanta Division. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects); 28 U.S.C. § 90 (establishing districts and divisions for Georgia's federal courts). Accordingly, this case should be transferred to the Northern District of

Georgia, Atlanta Division, for all further proceedings.

**SO REPORTED AND RECOMMENDED** this  23rd  day of February, 2010.

<u>/s/ G.R. Smith</u>
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT of GEORGIA**